PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. AMERICAN UNION BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAE MAERKLE, Respondent, v. ALOYSIUS MAERKLE, Appellant.— Order affirmed as to the allowance for the support of plaintiff and the three children; and reversed so far as it grants motion for counsel fee, and said motion denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIE RAPPOLD, Appellant, v. ISABEL VERNON COOK, Respondent.— Order reversed, with ten dollars costs and disbursements to the appellant, and the motion to modify the notice of examination granted by limiting the scope of said examination to items c and d in paragraph 3 of said notice of examination. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AL HOROWITZ & Co., INC., Appellant, v. WINFIELD A. FOREMAN and Another, Copartners, etc., Respondents.— Order modified as provided in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOCRATES MOSCAHLADES and Another, Doing Business under the Firm Name and Style of MOSCAHLADES BROTHERS, Appellants, v. GEORGE P. BAKALAS and Another, Respondents, Impleaded with Another.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to appellants. The bill of particulars to be served within thirty days from service of this order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DREICER & Co., INC., Respondent, v. ETHEL HOFFSTAEDTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS E. O'NEIL, Respondent, v. WALKER D. HINES, as Agent Designated by the President (LEHIGH VALLEY RAILROAD), Defendant. JAMES C. DAVIS, Director-General of Railroads, as Agent Designated by the President, Pursuant to Section 206 of the Transportation Act, 1920,* Appearing Specially Herein for the Purpose of This Appeal Only, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOLLIE LIPSCHITZ, Appellant, v. ROTTERDAM HOLDING Co., INC., Respondent.— Order modified by further providing that the judgment stand as security pending the trial, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

---

* See 41 U. S. Stat. at Large, 461, § 206, as amd. by 42 id. 393, 394, chap. 70; Id. 1443, chap. 233; Pres. Proc. March 26, 1921, effective at Noon on March 28, 1921, 42 U. S. Stat. at Large, 2237.— [REP.